FILED: August 12, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1850
(5:19-cv-00249-FL)

_____

LIEBOWITZ LAW FIRM, PLLC; RICHARD LIEBOWITZ

  Movants - Appellants

v.

ANALYTICAL GRAMMAR, INC.

  Defendant - Appellee

MATTHEW BRADLEY

  Plaintiff

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:19-cv-00249-FL |
| Date notice of appeal filed in originating court: | 08/10/2022 |
| Appellant(s) | Liebowitz Law Firm, PLLC; Richard Liebowitz |
| Appellate Case Number | 22-1850 |
| Case Manager | Cathy Poulsen<br>804-916-2702 |