FILED: September 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1850 (L)
(5:19-cv-00249-FL)
_____

LIEBOWITZ LAW FIRM, PLLC; RICHARD LIEBOWITZ

  Movants - Appellants

v.

ANALYTICAL GRAMMAR, INC.

  Defendant - Appellee

and

MATTHEW BRADLEY

  Plaintiff

_____

No. 22-1886
(5:19-cv-00249-FL)
_____

ANALYTICAL GRAMMAR, INC.

  Defendant - Appellant

v.

LIEBOWITZ LAW FIRM, PLLC; RICHARD LIEBOWITZ

    Movants - Appellees

and

MATTHEW BRADLEY

    Plaintiff

---

RULE 42(b) MANDATE

---

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*